**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-00825-RM-KLM

CASSANDRA STEELE,

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, a Member of the American Family Insurance Group,

    Defendant.

---

**ORDER RE: STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

THIS MATTER, coming before the Court upon the Stipulated Motion to Dismiss with Prejudice (ECF No. 51), executed by Plaintiff Cassandra Steele, and by Defendant, American Standard Insurance Company, and the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff, Cassandra Steele, against Defendant, American Standard Insurance Company, are hereby dismissed WITH PREJUDICE, each party to pay their own fees and costs.

DATED this 25th day of August, 2015.

                                            BY THE COURT:

                                            RAYMOND P. MOORE
                                            United States District Judge